# Exhibit 2

Charted Claim:

Non-Method Claim: 1

| US7864900 | Anybus Wireless Access Point WiFi-6 IP67 ("Accused Product") |
|---|---|
| 1. A communication system for sending and receiving data, said system comprising: a transmitter and a receiver wherein a general binary coded Orthogonal Frequency-Division Multiplexing carrier scheme is provided between said transmitter and said receiver to thereby increase code density and data rate per Hz of bandwidth; | The accused product and a connected UE form a communication system. The communication system for sending and receiving data, said system comprising: a transmitter (e.g., the accused product) and a receiver (e.g., associated/connected UE) wherein a general binary coded Orthogonal Frequency-Division Multiplexing (e.g., binary data transmission using OFDM technique) carrier scheme is provided between said transmitter (e.g., the accused product) and said receiver (e.g., associated/connected UE) to thereby increase code density and data rate per Hz of bandwidth.<br><br>OFDM increases code density and data rate per hertz by dividing a wideband channel into multiple closely spaced orthogonal subcarriers, each carrying independent data streams. This orthogonality eliminates inter-carrier interference, allowing efficient spectrum utilization with minimal guard bands. By transmitting data in parallel over these subcarriers, OFDM reduces symbol duration while maintaining robustness against multipath fading. These factors enable OFDM to achieve a higher data rate per unit bandwidth.<br><br>Furthermore, OFDM increases code density by enabling more symbols to be transmitted in a given bandwidth through the use of orthogonal subcarriers. The OFDM transmits multiple symbols in parallel over subcarriers, effectively increasing the number of coded bits that fit within the same spectral bandwidth. Additionally, by employing higher-order modulation (e.g., 64-QAM, 256-QAM) on each subcarrier, OFDM further increases the density of encoded data, allowing more bits to be transmitted per symbol. This efficient packing of symbols within a constrained bandwidth results in higher code density. |



https://www.hms-networks.com/p/awb5144-anybus-wireless-access-point-wifi-6-ip67?tab=tab-specification

| | |
|---|---|
| | https://media.hms-networks.com/image/upload/v1750751786/Documents/ Generated_Datasheets/Production/en/hms-AWB5144-en-Anybus-Wireless-Access-Point-WiFi-6-IP67.pdf <br><br> **4.3.15a High-efficiency (HE) STA** <br><br> The IEEE 802.11 HE STA operates in frequency bands between 1 GHz and 7.125 GHz. <br><br> In the 5 GHz and 6 GHz bands, the following apply: <br> — An HE STA is also a VHT STA if operating in the 5 GHz band, except that a 20 MHz-only HE STA does not support 40 MHz and 80 MHz channel widths <br> — An HE STA is also a STA that supports the OFDM PHY defined in Clause 17 if operating in the 6 GHz band <br> — Support for 20 MHz operating channel width is mandatory in an HE STA <br> — Support for 40 MHz and 80 MHz operating channel width is mandatory in an HE STA that is not a 20 MHz-only non-AP HE STA <br> — Support for 160 MHz and 80+80 MHz operating channel width is optional in an HE STA <br> Source: IEEE 802.11ax |

### 4.3.15a High-efficiency (HE) STA

The IEEE 802.11 HE STA operates in frequency bands between 1 GHz and 7.125 GHz.

In the 5 GHz and 6 GHz bands, the following apply:

— An HE STA is also a VHT STA if operating in the 5 GHz band, except that a 20 MHz-only HE STA does not support 40 MHz and 80 MHz channel widths
— An HE STA is also a STA that supports the OFDM PHY defined in Clause 17 if operating in the 6 GHz band
— Support for 20 MHz operating channel width is mandatory in an HE STA
— Support for 40 MHz and 80 MHz operating channel width is mandatory in an HE STA that is not a 20 MHz-only non-AP HE STA
— Support for 160 MHz and 80+80 MHz operating channel width is optional in an HE STA

In the 2.4 GHz band, the following apply:

— An HE STA is also an HT STA
— Support for 20 MHz operating channel width is mandatory in an HE STA
— Support for 40 MHz operating channel width is optional in an HE STA

The main PHY features in an HE STA that are not present in VHT STA or HT STA are the following:

— Mandatory support for DL and UL OFDMA
— Mandatory support for DL MU-MIMO by an HE AP that supports 4 or more spatial streams when MU-MIMO is done on the entire PPDU bandwidth
— Mandatory support for DL MU-MIMO reception for a non-AP HE STA
— Mandatory support for the HE sounding protocol to support beamforming for a non-AP STA beamformee and optional otherwise

Source: IEEE 802.11ax

### 27.3.2 Subcarrier and resource allocation

### 27.3.2.1 General

An OFDM symbol is constructed of subcarriers, the number of which is a function of the PPDU bandwidth. There are several subcarrier types:

a)   Data subcarriers, which are used for data transmission (see 27.3.2.2).

b)   Pilot subcarriers, which are used for phase information and parameter tracking (see 27.3.2.4).

c)   Unused subcarriers, which are not used for either data or pilot transmission. The unused subcarriers are the DC subcarriers (see 27.3.2.2), the Guard band subcarriers at the band edges (see 27.3.2.2), and the Null subcarriers (see 27.3.2.3).

Source: IEEE 802.11ax

### 27.3.12.14 OFDM modulation

If midambles are not present, the time domain waveform of the Data field of an HE PPDU that is not an HE TB PPDU for transmit chain $i_{TX}$, where $1 \le i_{TX} \le N_{TX}$, and frequency segment $i_{Seg}$ shall be as defined in Equation (27-108).

$$r_{\text{HE-Data}}^{(i_{Seg}, i_{TX})}(t) = \frac{1}{\sqrt{\sum_{r=0}^{N_{RU}-1} \alpha_r^2 |K_r|}} \sum_{n=0}^{N_{SYM}-1} w_{T_{\text{HE-Data}}}(t - nT_{SYM}) \sum_{r=0}^{N_{RU}-1} \frac{\alpha_r}{\sqrt{N_{STS,\,r,\,total}}}$$

$$\sum_{k \in K_r} \sum_{u=0}^{N_{user,\,r}-1} \sum_{m=1}^{N_{STS,\,r,\,u}} \left( \left[ Q_k^{(i_{Seg})} \right]_{i_{TX},\,(M_{r,\,u}+m)} (\tilde{D}_{k,\,m,\,n,\,r}^{(i_{Seg},\,u)} + P_{n+2+N_{\text{HE-SIG-A}}+N_{\text{HE-SIG-B}}} P_n^k) \cdot \exp(j2\pi k\Delta_{F,\,\text{HE}}(t - nT_{SYM} - T_{GI,\,Data} - T_{CS,\,\text{HE}}(M_{r,\,u}+m))) \right)$$

(27-108)

Source: IEEE 802.11ax

| HE-MCS Index | DCM | Modulation | $R$ | $N_{BPSCS}$ | $N_{SD}$ | $N_{CBPS}$ | $N_{DBPS}$ | Data rate (Mb/s) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0.8 µs GI | 1.6 µs GI | 3.2 µs GI |
| 0 | N/A | BPSK | 1/2 | 1 | 1 960 | 15 680 | 7 840 | 576.5 | 544.4 | 490.0 |
| 1 | | QPSK | 1/2 | 2 | | 31 360 | 15 680 | 1 152.9 | 1 088.9 | 980.0 |
| 2 | | | 3/4 | | | | 23 520 | 1 729.4 | 1 633.3 | 1 470.0 |
| 3 | | 16-QAM | 1/2 | 4 | | 62 720 | 31 360 | 2 305.9 | 2 177.8 | 1 960.0 |
| 4 | | | 3/4 | | | | 47 040 | 3 458.8 | 3 266.7 | 2 940.0 |
| 5 | | 64-QAM | 2/3 | 6 | | 94 080 | 62 720 | 4 611.8 | 4 355.6 | 3 920.0 |
| 6 | | | 3/4 | | | | 70 560 | 5 188.2 | 4 900.0 | 4 410.0 |
| 7 | | | 5/6 | | | | 78 400 | 5 764.7 | 5 444.4 | 4 900.0 |
| 8 | | 256-QAM | 3/4 | 8 | | 125 440 | 94 080 | 6 917.6 | 6 533.3 | 5 880.0 |
| 9 | | | 5/6 | | | | 104 533 | 7 686.3 | 7 259.2 | 6 533.3 |
| 10 | | 1024-QAM | 3/4 | 10 | | 156 800 | 117 600 | 8 647.1 | 8 166.7 | 7 350.0 |
| 11 | | | 5/6 | | | | 130 666 | 9 607.8 | 9 074.0 | 8 166.6 |

Source: IEEE 802.11ax

| a plurality of narrow band carrier frequencies, wherein, said narrow band frequencies are orthogonal and are transmitted in a binary code to represent data; and | The accused product utilizes a plurality of narrow band carrier frequencies (e.g., subcarriers), wherein, said narrow band frequencies are orthogonal and are transmitted in a binary code (e.g., in the form of 0s and 1s) to represent data.<br><br>In the IEEE 802.11ax standard, the utilized subcarriers are orthogonal to one another, enabling efficient frequency-domain multiplexing. These subcarriers facilitate digital data transmission by encoding information in binary form, representing data as sequences of 0s and 1s. |
|---|---|

**27.3.2 Subcarrier and resource allocation**

**27.3.2.1 General**

An OFDM symbol is constructed of subcarriers, the number of which is a function of the PPDU bandwidth. There are several subcarrier types:

a) Data subcarriers, which are used for data transmission (see 27.3.2.2).

b) Pilot subcarriers, which are used for phase information and parameter tracking (see 27.3.2.4).

c) Unused subcarriers, which are not used for either data or pilot transmission. The unused subcarriers are the DC subcarriers (see 27.3.2.2), the Guard band subcarriers at the band edges (see 27.3.2.2), and the Null subcarriers (see 27.3.2.3).

Source: IEEE 802.11ax

| Parameter | Values | Description |
|---|---|---|
| $\Delta_{F, \text{Pre-HE}}$ | 312.5 kHz | Subcarrier frequency spacing for the pre-HE modulated fields. |
| $\Delta_{F, \text{HE}}$ | 78.125 kHz | Subcarrier frequency spacing for the HE modulated fields. |

Source: IEEE 802.11ax

| | |
|---|---|
| wherein, said narrow band carrier frequencies includes narrow band separation between orthogonal carriers of the order of 0.1 MHz and providing a bandwidth of the order of 3.2 MHz for 32 | The accused product utilizes – wherein, said narrow band carrier frequencies (e.g., subcarriers) includes narrow band separation between orthogonal carriers of the order of 0.1 MHz (e.g., subcarrier spacing of 78.125 kHz) and providing a bandwidth of the order of 3.2 MHz for 32 carriers (e.g., bandwidth of order 0.1Mhz or 100 kHz per subcarrier) thereby allowing said bandwidth to transmit at least 6 Mbps in a 2 (e.g., 3 Mbps per subcarrier) of 32 Orthogonal Frequency-Division Multiplexing. |

| carriers thereby allowing said bandwidth to transmit at least 6 Mbps in a 2 of 32 Orthogonal Frequency-Division Multiplexing. | As shown below, the subcarrier spacing and bandwidth is of the order of 0.1kHz (e.g., 78.125 kHz). <br><br> **17. Orthogonal frequency division multiplexing (OFDM) PHY specification** <br><br> **17.1 Introduction** <br><br> **17.1.1 General** <br><br> This clause specifies the PHY entity for an orthogonal frequency division multiplexing (OFDM) system. The OFDM system provides a WLAN with data payload communication capabilities of 6, 9, 12, 18, 24, 36, 48, and 54 Mb/s. The support of transmitting and receiving at data rates of 6, 12, and 24 Mb/s is mandatory. The system uses 52 subcarriers that are modulated using binary or quadrature phase shift keying (BPSK or QPSK) or using 16- or 64-quadrature amplitude modulation (16-QAM or 64-QAM). Forward error correction coding (convolutional coding) is used with a coding rate of 1/2, 2/3, or 3/4. <br><br> Source: 802.11-2020 <br><br> <table><tr><td>**Parameter**</td><td>**Values**</td><td>**Description**</td></tr><tr><td>$\Delta_{F,\,Pre\text{-}HE}$</td><td>312.5 kHz</td><td>Subcarrier frequency spacing for the pre-HE modulated fields.</td></tr><tr><td>$\Delta_{F,\,HE}$</td><td>78.125 kHz</td><td>Subcarrier frequency spacing for the HE modulated fields.</td></tr></table> <br> Source: IEEE 802.11ax <br><br> As shown below, the 802.11ax standard supports a maximum of 2048 subcarriers and a peak data rate of 9.6 Gbps. By calculating the data rate per subcarrier as 9607Mbps/2048, the data rate per subcarriers comes to 4.69 Mbps, which exceeds 3 Mbps per subcarrier. |

For a 160 MHz HE PPDU transmission or a noncontiguous 80+80 MHz transmission, each half 80 MHz bandwidth is divided into 1024 subcarriers, and the subcarriers on which the signal is transmitted in each 80 MHz bandwidth is identical to an 80 MHz HE PPDU transmission, depending on non-OFDMA or OFDMA transmission within the corresponding 80 MHz.

Source: IEEE 802.11ax

| HE-MCS Index | DCM | Modulation | $R$ | $N_{BPSCS}$ | $N_{SD}$ | $N_{CBPS}$ | $N_{DBPS}$ | Data rate (Mb/s) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0.8 μs GI | 1.6 μs GI | 3.2 μs GI |
| 0 | N/A | BPSK | 1/2 | 1 | 1 960 | 15 680 | 7 840 | 576.5 | 544.4 | 490.0 |
| 1 | | QPSK | 1/2 | 2 | | 31 360 | 15 680 | 1 152.9 | 1 088.9 | 980.0 |
| 2 | | | 3/4 | | | | 23 520 | 1 729.4 | 1 633.3 | 1 470.0 |
| 3 | | 16-QAM | 1/2 | 4 | | 62 720 | 31 360 | 2 305.9 | 2 177.8 | 1 960.0 |
| 4 | | | 3/4 | | | | 47 040 | 3 458.8 | 3 266.7 | 2 940.0 |
| 5 | | 64-QAM | 2/3 | 6 | | 94 080 | 62 720 | 4 611.8 | 4 355.6 | 3 920.0 |
| 6 | | | 3/4 | | | | 70 560 | 5 188.2 | 4 900.0 | 4 410.0 |
| 7 | | | 5/6 | | | | 78 400 | 5 764.7 | 5 444.4 | 4 900.0 |
| 8 | | 256-QAM | 3/4 | 8 | | 125 440 | 94 080 | 6 917.6 | 6 533.3 | 5 880.0 |
| 9 | | | 5/6 | | | | 104 533 | 7 686.3 | 7 259.2 | 6 533.3 |
| 10 | | 1024-QAM | 3/4 | 10 | | 156 800 | 117 600 | 8 647.1 | 8 166.7 | 7 350.0 |
| 11 | | | 5/6 | | | | 130 666 | 9 607.8 | 9 074.0 | 8 166.6 |

Source: IEEE 802.11ax